UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

**FILED**

MAR 1 8 2025

U.S. DISTRICT COURT- WVND
MARTINSBURG, WV 25401

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | |
| ZACHARY MONGOLD and JEREMY MONGOLD, | |
| Defendants. | |

| | |
|---|---|
| Criminal | 2:24-CR-46 |
| Violations: | 18 U.S.C. § 2 |
| | 18 U.S.C. § 922(g)(9) |
| | 18 U.S.C. § 922(a)(6) |
| | 18 U.S.C. § 924(a)(2) |
| | 18 U.S.C. § 924(a)(8) |

## SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT ONE

(Unlawful Possession of a Firearm)

On or about November 6, 2023, in Mineral County, in the Northern District of West Virginia, defendant **ZACHARY MONGOLD**, knowing he had been previously convicted of a misdemeanor crime of domestic violence, that is, Domestic Battery, in the Magistrate Court of Grant County West Virginia, in case number 13-M-28, on October 1, 2013; knowingly possessed a firearm in and affecting interstate commerce, that is, a Kel-Tec pistol, Model: PMR-30, .22 WMR caliber, SN: WYHK71; in violation of Title 18, United States Code, Sections 922(g)(9) and 924(a)(8).

## COUNT TWO

(False Statement in Connection with the Acquisition of a Firearm)

On or about June 16, 2022, in Hardy County, in the Northern District of West Virginia, defendant **ZACHARY MONGOLD** counseled, commanded, and procured **JEREMY MONGOLD**, in connection with the acquisition of a firearm, that is, a Kel-Tec pistol, Model: PMR-30, .22 WMR caliber, SN: WYHK71, from a licensed dealer of firearms, did knowingly make a false written statement that was intended and likely to deceive such dealer with respect to a fact material to the lawfulness of the sale of such firearm, that is, defendant **JEREMY MONGOLD** asserted on an ATF Form 4473 (Firearms Transaction Record) that he was the actual transferee/buyer of the said firearm, when in truth and in fact, he purchased the firearm at the request of and for **ZACHARY MONGOLD**, in violation of Title 18, United States Code, Sections 2, 922(a)(6), and 924(a)(2).

## FORFEITURE ALLEGATION
*Gun Control Act*

Pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d)(1), the government will seek the forfeiture of any firearm and any ammunition involved in or used in any knowing violation of Title 18, United States Code, Section 922(g), including:  a Kel-Tec pistol, Model: PMR-30, .22 WMR caliber, SN: WYHK71, and associated magazines and ammunition.

A true bill,

_/s/_____
Foreperson

_/s/_____
RANDOLPH J. BERNARD
Acting United States Attorney

Christie S. Utt
Morgan McKee
Assistant United States Attorneys